LAW OFFICE OF JULIO E. PORTILLA, P.C.
Julio E. Portilla, Esq.
380 Lexington Avenue, Suite 446
New York, NY 10168
Tel: (212) 365-0292
Fax: (212) 365-4417

*Proposed Attorneys for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>1103 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION<br><br>Debtor. | Chapter 11<br>Case No.: 25-41526 |

## **AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)**

Julio E. Portilla, Esq., proposed attorney for the debtor and debtor in possession declares as follows:

1. The Debtor filed a petition under Chapter 11 of the Bankruptcy Code on March 28, 2025.

2. Filed herewith is an amendment to Schedule A previously filed herein.

3. Schedule A was amended to include the Debtor's interest in real property located at 1103 Franklin Avenue, Bronx, NY, along with related fixtures and equipment.

I declare that the foregoing is accurate and true.

Dated: New York, New York
May 2, 2025                      Respectfully submitted,

                                 LAW OFFICE OF JULIO E. PORTILLA, P.C.

                                 By: */s/ Julio E. Portilla, Esq.*
                                 Julio E. Portilla, Esq.
                                 Law Office of Julio E. Portilla, Esq.
                                 New York, NY 10013
                                 (212) 365-0292

                                 *Proposed Attorneys for Debtor and
                                 Debtor-In-Possession*

| Fill in this information to identify the case: |
|---|
| Debtor name    1103 Franklin Avenue Housing Development Fund Corporation |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known)   1:25-bk-41526 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................  $ 940,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $ 25,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ 965,000.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ 1,331,385.00

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                          $ 1,331,385.00

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 1103 Franklin Avenue Housing Development Fund Corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) | 1:25-bk-41526 |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents
1. **Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

### Part 2:     Deposits and Prepayments
6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable
10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:     Investments
13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:     Inventory, excluding agriculture assets
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:     Office furniture, fixtures, and equipment; and collectibles

| Debtor | 1103 Franklin Avenue Housing Development Fund Corporation | Case number *(If known)* | 1:25-bk-41526 |
|---|---|---|---|
| | Name | | |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Refrigerators, Stoves, Tools, fixtures | $0.00 | N/A | $25,000.00 |

51. **Total of Part 8.**  $25,000.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  20-unit building located at 1103 Franklin Avenue Bronx, NY 10456 | Fee simple | $422,100.00 | Comparable sale | $940,000.00 |

| Debtor | 1103 Franklin Avenue Housing Development Fund Corporation | Case number *(If known)* | 1:25-bk-41526 |
|---|---|---|---|
| | Name | | |

56.  **Total of Part 9.**  $940,000.00

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☒ No.   Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No.   Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    1103 Franklin Avenue Housing Development Fund Corporation      Case number *(If known)*   1:25-bk-41526
         Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................> | | $940,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,000.00   + 91b. | $940,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $965,000.00 |